UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MORPHOTRUST USA, LLC

                    Plaintiff,

v.

IDENTRIX, LLC, INFOZEN, INC., and
INFOZEN LLC

                  Defendants.

Civil Action No. _____

COMPLAINT

JURY TRIAL DEMANDED

Plaintiff, MORPHOTRUST USA, LLC ("MorphoTrust"), by its counsel, Fish & Richardson P.C., for its complaint against Defendants Identrix, LLC, InfoZen, Inc. and InfoZen, LLC (collectively, the "Defendants") states and alleges as follows:

**NATURE OF THE ACTION**

1.     This is a civil action for willful infringement of MorphoTrust's long-standing federally registered, incontestable trademark – IDENTIX – as a result of Defendants' adoption and use of a nearly identical designation – IDENTRIX – for similar identity-based software products and services.

2.     Defendants' use of IDENTRIX violates Section 32(a) of the United States Trademark Act, 15 U.S.C. § 1114(a), is a false designation of origin in violation of Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(a), and constitutes trademark infringement, injury to business reputation, dilution and unfair trade practices in violation of the state and common laws of the Commonwealth of Massachusetts.  MorphoTrust also seeks an

order cancelling the ill-gotten federal trademark registration previously owned by InfoZen, Inc., and now owned by Identrix, LLC, for the infringing trademark IDENTRIX.

## THE PARTIES

3.  MorphoTrust USA, LLC is a Delaware limited liability company with its principal place of business at 296 Concord Road, Suite 300, Billerica, Massachusetts 01821.

4.  Upon information and belief, Defendant InfoZen, LLC is a Maryland limited liability corporation with a place of business at 6700A Rockledge Drive, Suite 300, Bethesda, Maryland 20817.

5.  Upon information and belief, Defendant InfoZen, Inc. was a Maryland corporation with a place of business at 6700A Rockledge Drive, Suite 300, Bethesda, Maryland 20817, which filed an Article of Conversion in the State of Maryland on October 5, 2015 converting InfoZen, Inc. into InfoZen, LLC.  InfoZen, Inc. and InfoZen, LLC are collectively referred to herein as "InfoZen."

6.  Upon information and belief, Defendant Identrix, LLC ("Identrix"), is a Delaware limited liability company with a place of business at 6700A Rockledge Drive, Suite 300, Bethesda, Maryland 20817.  Identrix refers to InfoZen, Inc. as "its parent company" on <identrix.com>.

7.  Upon information and belief, at all relevant times with respect to the offenses alleged in this complaint, Defendants—all operated by Raj Ananthanpillai, the CEO of InfoZen and Identrix—are alter egos of one another such that they are all and each liable for the transactions, actions, and infringements of the other.

## JURISDICTION AND VENUE

8.     Subject matter jurisdiction over this complaint arises under Section 39(a) of the Lanham Act, 15 U.S.C. § 1121(a), and Sections 1331 (federal question jurisdiction), 1338(a) (trademark infringement), and 1367(a) (supplemental jurisdiction over state law claim) of the Judicial Code, 28 U.S.C. §§ 1331, 1338(a), 1338(b) and 1367(a), as well as 15 U.S.C. § 1119 under which the Court may determine the right to a trademark registration, order the cancellation of registrations, and otherwise rectify the trademark register with respect to the registration of any party to the action.

9.     The Court has specific personal jurisdiction over Defendants pursuant to Mass. Gen Laws. ch. 223A, § 3 and the Due Process Clause because Defendants have caused, and continue to cause, injury within the Commonwealth of Massachusetts by infringing the IDENTIX trademark owned by MorphoTrust – a Massachusetts company – and by operating websites with interactive features that display IDENTRIX and may be viewed anywhere in the United States, including by people in this District, and, upon information and belief, making its IDENTRIX services available for use by people in this District.  MorphoTrust's interest in bringing this action in this Court, along with Massachusetts' interest in providing a forum for its residents to redress injuries inflicted by Defendants, render exercise of personal jurisdiction over Defendants proper and reasonable.

10.    Venue is proper in this District under Sections 1391(b) and (c) of the Judicial Code, 28 U.S.C. § 1391(b) and (c), because the acts of infringement have taken place and are continuing to take place in the Commonwealth of Massachusetts, MorphoTrust, a Massachusetts-based company, is the infringed trademark owner, and because Defendants are subject to the Court's personal jurisdiction with respect to this action.

## FACTS

### MorphoTrust's Distinctive, Well-Known, and Incontestable Trademark IDENTIX

11.    MorphoTrust is a leading provider of personal identity authentication products and services.  MorphoTrust offers a full portfolio of identity-based solutions that are built upon decades of innovation in advanced biometric technologies, document authentication, and secure credentialing.

12.    MorphoTrust, by and through its predecessor in interest, Identix Incorporated ("Identix"), coined the fanciful term IDENTIX, which it adopted as a trade name, trademark, and house mark in 1982, and has been using for over thirty years.

13.    Since at least as early as 1982, MorphoTrust, by and through Identix, and other predecessors in interest, adopted and began to use, and has continually used, in interstate commerce, the trademark IDENTIX in connection with computer hardware and software, and related services that support the processing, storing, creating, searching, and comparing of biometric identity records to establish and verify personal identification. MorphoTrust's identity authentication and verification computer hardware and software, and related services, use one or more identity-based characteristics such as biometrics (e.g., fingerprints and face recognition), authentication of documents (e.g., driver licenses and passports), and verification of other identity-based data, to establish and verify peoples' identities.

14.    For over thirty years, MorphoTrust has advertised and marketed its personal identification and authentication services under the IDENTIX name and mark to the public and to the trade, targeting commercial and government entities that use, and have a need for, applications that verify the authenticity of individuals' identities and personal documentation,

4

including various departments within the federal government, and companies in the healthcare, financial, travel, and consumer transaction industries.

15.   Since at least as early as 1982, MorphoTrust's IDENTIX identity-based products and services have offered MorphoTrust's clients the capability to confirm when an individual is making up an identity, attempting to obtain multiple identities, stealing some else's identity, or wanted for a crime.

16.   For example, in 2001, MorphoTrust's predecessor in interest Identix, considered a leader in providing fingerprint biometric authentication, security, and identification solutions, was contracted to provide fingerprint biometric technology for the rapid processing of employee background checks by more than 13 U.S. airports, including the Jacksonville International Airport in Florida, Eppley Airfield in Omaha, Nebraska, Houston's George Bush Intercontinental, Boston Logan International, San Francisco International, Orlando International, JFK and Baltimore/Washington International.  These contracts were a result of the passage of the Aviation and Transportation Security Act, which requires that every current and prospective airport and airline employee undergo biometric identification and verification as part of a criminal history background check.

17.   MorphoTrust's IDENTIX identity-based products and services are complementary to, and are used with, related products and services to perform, for example, criminal background checks on individuals and are used to detect identity-based risks.

18.   Over the last 34 years, MorphoTrust's offerings under the IDENTIX trademark have evolved as technology has evolved and the need for identity-based verification for the purposes of, for example, employment, program enrollment, establishing online accounts,

accessing applications or benefits, and uncovering and investigating potential fraud, has increased.

19.    MorphoTrust's latest offering under the IDENTIX trademark is a cloud-based identification and authentication software platform that uses one or more identity-based characteristics, documents, and data points, to establish, enroll, verify, issue, authenticate, and manage personal and digital identities.

20.    MorphoTrust prominently markets the IDENTIX trademark on its products, in marketing and advertising material, and on its website located at <www.identix.com>,

21.    In addition to its long-standing use and common law trademark rights, MorphoTrust owns two incontestable federal trademark registrations for the IDENTIX trademark.    In particular, MorphoTrust owns federal trademark Registration No. 2,425,102 for the word mark IDENTIX in connection with "computer hardware and software used for biometric identification, verification and security," in International Class 9, which registered on January 30, 2001, and federal trademark Registration No. 2,513,388 for a stylized version of the IDENTIX mark:

**identix**

in connection with "computer hardware and computer software for use in checking or identifying persons in a biometric verification, identification and security system; and electronic finger print readers," in International Class 9, which registered on November 27, 2001.

22.    Over the last three decades, MorphoTrust has invested a considerable amount of time, energy, and resources into promoting, advertising, and marketing its identity-based products and services under the IDENTIX trademark.    As a result, the IDENTIX trademark has become, and is now, well-known to the public and trade as identifying MorphoTrust as the

source of all such IDENTIX products and services, and distinguishing those products and services from the businesses, products, and services of others.  The IDENTIX trademark embodies a significant amount of good will that is of great value to MorphoTrust.

### Defendants Adopt The Confusingly Similar Trademark IDENTRIX

23.   Upon information and belief, InfoZen provides software development and information technology services to the federal government, and works with the Department of Homeland Security's Transportation Security Administration (TSA), and Citizenship and Immigration Services, and with other federal agencies and departments including the Justice Department, the Defense Information Systems Agency, and the Food and Drug Administration.

24.   The federal agencies that Defendants have contracts with maintain offices in the Commonwealth of Massachusetts.  For example, the Department of Homeland Security has an office in Boston, MA, the TSA provides TSA Pre√™ services to travelers in an application site at Boston Logan International Airport, one of the Food and Drug Administration's offices is located in Stoneham, MA, and the Department of Justice has a United States Attorney's Office in the District of Massachusetts.

25.   In addition to information technology services, Defendants provide identity intelligence software products and services that offer identity-based screening and security solutions, information-based screening, and risk assessment of individuals.

26.   On October 21, 2013, and notwithstanding MorphoTrust's prior rights in the IDENTIX trade name and mark, InfoZen, Inc. filed a federal trademark application with the United States Patent and Trademark Office (the "USPTO"), on an intent-to-use basis (Ser. No. 86/096,536) to register the word mark IDENTRIX for "computer software for providing rapid visibility of previously undetected identity-based security and fraud risks," and for "software

development in the field of providing rapid visibility of previously undetected identity based security and fraud risk." This application matured to registration on June 30, 2015, was issued Registration No. 4,765,207, and alleges October 10, 2013 as the date on which InfoZen first used IDENTRIX in U.S. interstate commerce.

27.   Based on InfoZen, Inc.'s alleged date of first use in the USPTO, InfoZen Inc. commenced use of IDENTRIX in October 2013 with identity-based software and software development services for identity-based software.  Such products and services compete directly with the identity-based software and related products and services sold by MorphoTrust under the IDENTIX mark.

28.   Prior to filing the trademark application for IDENTRIX, InfoZen had actual knowledge of MorphoTrust.  Due to the overlap in the parties' businesses, and their proximity in the marketplace, InfoZen and MorphoTrust have discussed the possibility of partnering on at least one project.  As part of these discussions, InfoZen and MorphoTrust negotiated a non-disclosure agreement, which provided that the parties litigate all disputes in the Commonwealth of Massachusetts, agree to the exclusive jurisdiction of such courts, and waive all defenses of lack of personal jurisdiction.   In addition, InfoZen sent a PowerPoint presentation to MorphoTrust employees, marketing its products and services.

29.   Upon information and belief, Manuel Miranda, the Senior Vice President of Program Operations at InfoZen, Inc., was previously employed by MorphoTrust's predecessor in interest, Identix.

30.   Prior to filing the trademark application for IDENTRIX, InfoZen had constructive knowledge of MorphoTrust's federal trademark registrations of the IDENTIX mark.

8

## Defendants' Willful Trademark Infringement

31.   Upon information and belief, in or around March 2013, Raj Ananthanpillai, the CEO of InfoZen and Identrix, purchased the domain <www.identrix.com>.  Mr. Ananthanpillai is the current registrant of the domain www.identrix.com, with an email address at raja@infozen.com.  See:

```
identrix.com registrar whois

Domain Name: IDENTRIX.COM
Registry Domain ID: 85092123_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-03-03T19:19:24Z
Creation Date: 2002-04-02T02:38:33Z
Registrar Registration Expiration Date: 2020-04-02T01:38:33Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Raj Ananthanpillai
Registrant Organization: InfoZen
Registrant Street: 6700A Rockledge Drive
Registrant Street: Suite 300
Registrant City: Bethesda
Registrant State/Province: Maryland
Registrant Postal Code: 20817
Registrant Country: United States
Registrant Phone: +1.3016058004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: raja@infozen.com
```

32.   On May 4, 2015, InfoZen announced the public launch of IDENTRIX, described as "a patented software that continuously evaluates personnel data and proactively alerts organizations to potential risks such as insider threats. *See* http://www.infozen.com/about-us/news/news-releases/.  This press release further described IDENTRIX as "cloud-based technology that brings together over 65 different publically-available identity attributes including criminal and court records."

33. Defendants operate <www.identrix.com> and <www.infozen.com> through which Defendants use and display the IDENTRIX mark in connection with identity-based software and related services. Below is a screenshot from the InfoZen website:



And a screenshot from the Identrix website:



34.   Defendants' <www.identrix.com> and <www.infozen.com> websites may be viewed from anywhere in the United States and contain interactive features enabling users, including residents in Massachusetts, to send communications to Defendants.  Both websites include a "Contact Us" link encouraging users to contact Defendants via email, telephone, Twitter, and/or LinkedIn to inquire about the services rendered by Defendants, including the identity-based software and related services sold under the IDENTRIX mark.

35.   Defendants use the <www.identrix.com> and <www.infozen.com> websites to solicit business by inviting users to request "a free live 30 minute demo" of the IDENTRIX software.  To sign up for this demo, Defendants ask users to click on a hyperlink displayed on <www.identrix.com>, which opens to the InfoZen website at <www.infozen.com> through which Defendants require users to submit information about themselves, including their name, email address, and telephone number, as shown below in the screenshot from the IDENTRIX website:



The following is a screenshot from the InfoZen website after clicking on the "click here" link shown above on Identrix's website:



36.    Upon information and belief, Defendants advertise the IDENTRIX software and services to a broad range of companies and local governments.  For example, in an interview with *CivSource*, Raj Ananthanpillai stated that InfoZen provides services to a range of federal agencies.  Ananthanpillai further explained that "[v]endors or local governments may not use the same level of screening as the federal government. We brought IDentrix to market to fill that gap."  According to the *CivSource* article, Identrix is currently managing nearly 50,000 identities across the health care, transportation, and financial services sectors.  As another example, in an article published in *Fleet Owner* on December 7, 2015, Ananthanpillai explained that the IDENTRIX system can help a wide variety of companies lower their risk profile.

37.    After learning of the IDENTRIX trademark application, and InfoZen's use of IDENTRIX, MorphoTrust, through its counsel, sent InfoZen a letter on June 4, 2015 alleging trademark infringement and demanding that InfoZen cease its unlawful use of IDENTRIX, among other things.   After InfoZen's receipt of that letter, it formed a separate company, Defendant Identrix, LLC, on July 15, 2015, and thereafter recorded an assignment of the IDENTRIX trademark registration from InfoZen, Inc. to Identrix, LLC in the United States Patent & Trademark Office on August 11, 2015.

38.    On August 17, 2015 filed a Petition to Cancel the IDENTRIX trademark registration in the Trademark Trial & Appeal Board (the "TTAB"), commencing Cancellation Proceeding No. 92062060.

39.    MorphoTrust began using IDENTIX as a trade name, trademark, and service mark in connection with identity-based software and related products and services at least 30 years before InfoZen, Inc. filed a trademark application to register IDENTRIX, and long before Defendants' first use of IDENTRIX.

40.    The only difference between the terms IDENTIX and IDENTRIX is a single letter "R".

41.    MorphoTrust's use of its distinctive IDENTIX trademark predates Defendants' first use of their confusingly similar IDENTRIX mark, trade name, and domain name by at least 30 years.   MorphoTrust's rights in the IDENTIX trademark are superior and have priority over Defendants' rights in IDENTRIX, if any.

42.    On information and belief, in view of the high degree of overlap between the parties' identity-based software, and related goods and services, there is a substantial likelihood

that any gap between the products and services distributed, marketed, offered or sold by MorphoTrust and Defendants will further narrow or disappear altogether.

43.     Due to the similar nature of the identity-based software and related services offered and rendered by Defendants under the IDENTRIX mark, and the identity-based software and related products and services offered and sold by MorphoTrust under its IDENTIX mark, the trade channels of such goods and services are similar and overlap.

44.     MorphoTrust's and Defendants' past, prospective, and current customers seek identity-based security solutions for screening, verifying, and authenticating personal identity data.

45.     As a result of Defendants' use and registration of IDENTRIX, consumers are likely to believe, mistakenly, that Defendants IDENTRIX identity-based software and related services are sponsored, endorsed, or approved by MorphoTrust, or are in some way affiliated, connected, or associated with MorphoTrust.

46.     Defendants' actions with respect to their use and registration of IDENTRIX are likely to cause consumer confusion or mistake, or to mislead or deceive consumers, as to the source, origin, connection, affiliation, sponsorship or approval of Defendants' identity-based software and related services, and appear designed to divert and appropriate to Defendants the goodwill created by MorphoTrust in its IDENTIX mark.

47.     The likelihood of consumer confusion is increased and compounded by the near identicalness between the parties' trade names, marks, and domain names.

48.     Upon information and belief, Defendants' actions have been willful, intentional, reckless and/or in bad faith.

## COUNT I
## Federal Trademark Infringement
## Under § 32(a) Of The Lanham Act, 15 U.S.C. § 1114(a)

49.     MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 48 of this Complaint with the same force and effect as if set forth in their entireties at this point.

50.     MorphoTrust's IDENTIX trademark is nationally recognized, including within this District, as being used in connection with identity-based software and related products and services.

51.     MorphoTrust's federal trademark registrations of IDENTIX, which are incontestable, are entitled to the utmost protection under federal law.

52.     Defendants' use of IDENTRIX in connection with identity-based software and related services in commerce in the United States is likely to cause confusion, to cause mistake, and to deceive as to the origin and sponsorship of Defendants' identity-based software and related services, and to cause persons wrongly to believe that Defendants' and/or their IDENTRIX products and services are a part of, or are sponsored, licensed or otherwise approved by MorphoTrust, all to the detriment of MorphoTrust and the public.

53.     Defendants' unlawful acts are willful and have been committed with statutory knowledge and actual knowledge of MorphoTrust's prior, registered rights in the IDENTIX mark.

54.     Defendants' activities described herein constitute infringement of a federally registered trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

55.    As a direct and proximate result of Defendants willful and unlawful conduct alleged herein, MorphoTrust has suffered, is suffering, and, unless Defendants are restrained, will continue to suffer, irreparable injury for which there is no adequate remedy at law.

56.    In light of the foregoing, MorphoTrust is entitled to injunctive relief prohibiting Defendants from using the IDENTRIX mark.

57.    Upon information and belief, Defendants have profited from their unlawful actions and have been unjustly enriched to the detriment of MorphoTrust.  Defendants' unlawful actions have caused MorphoTrust monetary damage in an amount presently unknown, but in an amount to be determined at trial.

58.    In light of the forgoing, MorphoTrust is entitled to recover from Defendants all damages, including attorneys' fees, that MorphoTrust has sustained and will continue to sustain as a result of such infringing acts, and all gains, profits and advantages obtained by the Defendants as a result thereof, as well as the costs of this action pursuant to 15 U.S.C. § 1117(a).

**COUNT II**
**False Designation Of Origin Or Representation**
**Under § 43(a) Of The Lanham Act, 15 U.S.C. § 1125(a)**

59.    MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 58 of this Complaint with the same force and effect as if set forth in their entireties at this point.

60.    Defendants' use of  IDENTRIX in United States commerce in connection with identity-based software and related products and services constitutes a false designations of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

61.    Defendants' use of IDENTRIX in connection with identity-based software and related services in United States commerce is likely to cause confusion, to cause mistake, and to

deceive as to the origin and sponsorship of Defendants' products and services, and to cause persons wrongly to believe that Defendants' IDENTRIX identity-based software and services are the IDENTIX identity-based software, and related products and services, and that Defendants and their goods and services are a part of, or are sponsored, licensed or otherwise approved by MorphoTrust, all to the detriment of MorphoTrust and the public.

62.    By reason of the acts of Defendants alleged herein, MorphoTrust has suffered, is suffering and, unless Defendants are restrained, will continue to suffer, irreparable injury for which there is no adequate remedy at law.

63.    In light of the foregoing, MorphoTrust is entitled to injunctive relief prohibiting Defendants from using the IDENTRIX designation.

64.     Upon information and belief, Defendants have profited from their unlawful actions and have been unjustly enriched to the detriment of MorphoTrust.  Defendants' unlawful actions have caused MorphoTrust monetary damage in an amount presently unknown, but in an amount to be determined at trial.

65.    In light of the forgoing, MorphoTrust is entitled to recover from Defendants all damages, including attorneys' fees, that MorphoTrust has sustained and will continue to sustain as a result of such infringing acts, and all gains, profits and advantages obtained by the Defendants as a result thereof, as well as the costs of this action pursuant to 15 U.S.C. § 1117(a).

**COUNT III**
**Cancellation of IDENTRIX Registration**

66.    MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 65 of this Complaint with the same force and effect as if set forth in their entireties at this point.

17

67.    MorphoTrust, since at least as early as 1982, and long before Defendants filed the application to register IDENTRIX, continually used, in interstate commerce, the IDENTIX trademark under which it offers a portfolio of identity-based software and related products and services.

68.    In addition to its common law trademark rights, MorphoTrust also owns two incontestable trademark registrations for its IDENTIX trademark.

69.    The IDENTRIX designation so closely resembles MorphoTrust's previously used and registered IDENTIX trademark that, when applied to Defendants' identity-based software and related services, it is likely to cause confusion, to cause mistake, and to deceive, with consequent injury to MorphoTrust, the trade, and the public, all in violation of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

70.    If Defendants are allowed to continue to use and maintain the registration of the IDENTRIX designation, they will continue to perpetuate a likelihood of confusion and cause injury and damage to MorphoTrust, the trade, and the public.

71.    MorphoTrust is and will be damaged by Defendants' registration because such registration supports and assists Defendants in the confusing, misleading, and deceptive use of IDENTRIX, and gives color of exclusive statutory rights in Defendants in violation and derogation of the prior and superior rights of MorphoTrust.

72.    In light of the foregoing, Trademark Registration No. 4,765,207 should be cancelled pursuant to the Lanham Act, 15 U.S.C. § 1052(d) and 1064.

**COUNT IV**
**Injury To Business Reputation And Dilution Under Mass. Gen. Laws Ch. 110H § 13**

73.    MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 72 of this Complaint with the same force and effect as if set forth in their entireties at this point.

74.    Because of and to the extent that Defendants' registration for IDENTRIX is invalid and should be cancelled, Defendants' use of IDENTRIX in connection with identity-based software and related services are causing injury to the business reputation of MorphoTrust and dilution of the distinctive quality of MorphoTrust's IDENTIX trademark in violation of Mass. Gen. Laws ch. 110H, §13.

75.    By reason of the acts of Defendants alleged herein, MorphoTrust has suffered, is suffering and, unless Defendants are restrained, will continue to suffer, irreparable injury for which there is no adequate remedy at law.

76.     Upon information and belief, Defendants have profited from their unlawful actions and have been unjustly enriched to the detriment of MorphoTrust.  Defendants' unlawful actions have caused MorphoTrust monetary damage in an amount presently unknown, but in an amount to be determined at trial.

**COUNT V**
**Common Law Trademark Infringement**

77.    MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 76 of this Complaint with the same force and effect as if set forth in their entireties at this point.

78.     Defendants' activities described herein constitute acts of trade name and trademark infringement in violation of MorphoTrust's rights under the common law of the Commonwealth of Massachusetts and other states of the United States.

79.     By reason of the acts of Defendants alleged herein, MorphoTrust has suffered, is suffering and, unless Defendants are restrained, will continue to suffer, irreparable injury for which there is no adequate remedy at law.

80.     Upon information and belief, Defendants have profited from their unlawful actions and have been unjustly enriched to the detriment of MorphoTrust.  Defendants' unlawful actions have caused MorphoTrust monetary damage in an amount presently unknown, but in an amount to be determined at trial.

**COUNT VI**
**Unfair Trade Practices Pursuant To Mass. Gen. Laws Ch. 93A, § 11**

81.     MorphoTrust repeats and realleges each and every allegation of paragraphs 1 through 80 of this Complaint with the same force and effect as if set forth in their entireties at this point.

82.     MorphoTrust and Defendants are persons engaged in the conduct of trade or commerce within the meaning of Mass. Gen. Laws ch. 93A, § 11.

83.     MorphoTrust's use in commerce of the IDENTIX mark, as described above, significantly predates Defendants' use of the confusingly similar mark IDENTRIX.

84.     Defendants' acts, conduct, and practices described above occurred and are occurring primarily and substantially within the Commonwealth of Massachusetts, including because the owner of the IDENTIX mark, MorphoTrust, has its worldwide headquarters in Billerica, Massachusetts and injury is occurring in this jurisdiction

85.   By the acts complained of herein, including without limitation the use of the IDENTRIX mark in connection with the promotion, sale, and licensing of services in Massachusetts, Defendants have engaged in unfair and deceptive trade practices in violation of Mass. Gen. Laws ch. 93A, § 11.

86.   As a result of Defendants' violations of Mass. Gen. Laws ch. 93A, § 11, MorphoTrust has suffered, is suffering and, unless Defendants are restrained, will continue to suffer, irreparable injury for which there is no adequate remedy at law.

87.   As a result of Defendants' blatant and willful conduct in violation of Mass. Gen. Laws ch. 93A, § 11, MorphoTrust is entitled to monetary damages, including double or treble damages, and attorneys' fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE,** MorphoTrust prays that this Court enter judgment in its favor:

A.  Granting each of the claims for relief herein, in favor of MorphoTrust and against Defendants;

B.  Entering judgment that Defendants' acts of infringement, false designation of origin, dilution, unfair competition and unfair trade practices have been knowing and willful.

C.  Requiring Defendants to account for and pay over to MorphoTrust the Defendants' profits or such greater amount as to which the Court may consider MorphoTrust to be entitled, and all damages sustained by MorphoTrust;

D.  Awarding to MorphoTrust and assessing against Defendants the costs and attorneys' fees incurred in connection with this action pursuant to 15 U.S.C. §§ 1114 and 1117, Mass. Gen. Laws ch. 93A, § 11, or otherwise;

E.  Awarding to MorphoTrust and assessing against Defendants enhanced damages in the form of double or treble damages pursuant to Mass. Gen. Laws ch. 93A, § 11;

F.  Enjoining and restraining Defendants, their directors, officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendants, permanently from:

    (1)    Using IDENTRIX and any confusingly similar designation as a trademark, service mark, trade name component, title, Internet domain name, or otherwise, to market, advertise, distribute, sell or identify any business, products and services, in the United States;

    (2)    Doing any other act likely to induce the confusing or mistaken belief that Defendants or their businesses, products, services or other commercial activities are in any way affiliated, connected, or associated with MorphoTrust;

    (3)    Using a name or mark confusingly similar to MorphoTrust's IDENTIX trademark, or otherwise infringing MorphoTrust's IDENTIX Mark;

    (4)    Unfairly competing with MorphoTrust in any manner whatsoever;

    (5)    Causing likelihood of confusion and injury to MorphoTrust's business reputation;

    (6)    Committing any other act or making any other statement which infringes, tarnishes or dilutes MorphoTrust's IDENTIX trademark or constitutes an act of infringement, dilution, unfair trade practice, injury to MorphoTrust's reputation, or unfair competition under federal common law or the common law of the Commonwealth of Massachusetts.

G.  Cancelling the IDENTIX federal trademark Registration No. 4,765,207; and

H.  Granting such other and further relief as this Court deems fair, just and equitable.

## DEMAND FOR JURY TRIAL

MorphoTrust, as provided by Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury in the above captioned matter for all issues so triable.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated:  January 15, 2016

By:  /s/ *Sheryl Koval Garko*
Sheryl Koval Garko (BBO # 657735)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel.: (617) 542-5070
garko@fr.com

Kristen McCallion (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291
Email:    mccallion@fr.com

Attorneys for Plaintiff
MORPHOTRUST USA, LLC

23